IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN BENNETT, AIS 274594, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:20-cv-715-ECM ) (WO) |
| WARDEN BALDWIN, | ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On March 24, 2023, the Magistrate Judge entered a Recommendation (doc. 52) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute this action and respond to the orders of the Court.

A separate Final Judgment will be entered.

DONE this 27th day of April, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE